1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8  Margie Clark
   217 Dewitt Lane, Apt. 220
9  Spring Lake, MI 49456

10 Defendant, *in pro se*

11

12                  UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

14 Adobe Systems Incorporated,          )   Case No. C09-01089 CW
                                        )
15                 Plaintiff,           )   **ORDER FILING FIRST AMENDED**
              v.                        )   **COMPLAINT**
16                                      )
   Margie Clark, and Does 1 – 10, inclusive, )
17                                      )
                   Defendants.          )
18                                      )

Adobe v. Clark: Proposed Order to File First Amended Complaint      - 1 -

Pursuant to the Parties' Joint Stipulation re Filing of First Amended Complaint, and good cause being shown, the Court hereby grants the Parties' Joint request and orders the First Amended Complaint lodged with the Parties' Joint Stipulation to be filed, and the stipulating Defendant, deemed served with the First Amended Complaint as of the date of this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  6/8/09

_____
Hon. Claudia Wilken
United States District Judge

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By: _____
         J. Andrew Coombs
         Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated


Maggie Clark

By: _____
         Maggie Clark
Defendant, *in pro se*